UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM LOCURE, JR. | CIVIL ACTION |
| VERSUS | NO. 14-1318 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | SECTION "I" (2) |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and the objection by plaintiff, William Locure, Jr., which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, **IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 1st day of April, 2015.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE